JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NICHOLAS BONTRAGER,** individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> **STUDENT HELP CENTER LLC**, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. CV 18-6295-GW-FFMx <br><br> **ORDER TO DISMISS WITHOUT PREJUDICE** |

IT IS HEREBY ORDERED that pursuant to the Notice of Plaintiff, this matter is dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated this 10th Day of October, 2018.

_____
GEORGE H. WU, U.S. District Judge